IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BONITA A. POWERS, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF JAMES C. POWERS, Deceased,<br><br>   Plaintiff,<br><br>v.<br><br>THE CLEVELAND CLINIC FOUNDATION,<br><br>   Defendant. | CASE NO. 1:22-cv-00198<br><br>JUDGE DAN A. POLSTER<br><br>**DEFENDANT THE CLEVELAND CLINIC FOUNDATION'S RESPONSE TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW** |

Defendant The Cleveland Clinic Foundation ("CCF"), by and through counsel, submits this response to "Plaintiff's Counsel's Motion to Withdraw Appearance Pursuant to Local Rule 83.9" filed on April 11, 2025 [ECF 29].  CCF has no objection to the relief sought by George R. Farneth II, Esquire and The Farneth Law Group, LLC in said Motion.  However, CCF respectfully suggests that the proposed stay of 90 days [ECF 29 at ¶ 14] is excessive and, instead, should be more like 30 to 60 days to allow Plaintiff time to further consult with new counsel.

Dated:  April 11, 2025

Respectfully submitted,

*/s/ Edward E. Taber*
Edward E. Taber (0066707)
Kelli R. Novak (0090647)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone:  216.592.5000
Facsimile:  216.592.5009
E-mail:  edward.taber@tuckerellis.com
         kelli.novak@tuckerellis.com
*Attorneys for Defendant*
*The Cleveland Clinic Foundation*

6869654.1

**CERTIFICATE OF SERVICE**

    A copy of the foregoing was filed electronically on April 11, 2025. Service of this filing is made pursuant to Fed. R. Civ. P. 5(b)(2)(E) by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ Edward E. Taber*
                                            Edward E. Taber (0066707)
                                            *One of the Attorneys for Defendant*
                                            *The Cleveland Clinic Foundation*

6869654.1